UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:14-CR-00072-D-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | |
| ) | ORDER GRANTING |
| JEVANTE PRICE, ) | MOTION TO SEAL |
| Defendant. ) | |

THIS MATTER is before the Court on the Defendant's Motion to Seal, requesting that Defendant's Sentencing Memorandum be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Sentencing Memorandum.

This **23** day of February, 2017.

JAMES C. DEVER III
Chief United States District Judge